In the Matter of the Application of FRED J. MORGAN for Retirement as Stenographer of Supreme Court, Fifth Judicial District, Pursuant to Chapter 511 of the Laws of 1914.* — Application for retirement granted, to take effect April 1, 1917, at an annual pension of $1,800.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMESTOWN ELECTRIC MILLS, INC., Appellant. — Motion to dismiss appeal denied, without costs.

EDWIN C. SMITH and Another, Respondents, v. FREDERICK A. BROTSCH, JR., and Others, Appellants.— Motion granted, and appeal dismissed, with costs, including ten dollars costs of this motion.

In the Matter of the Probate of the Last Will and Testament of ELIZABETH G. FAULKNER, Deceased.— Appeal dismissed upon filing of proof of appellant's failure to comply with the terms of order entered October 20, 1916.

In the Matter of the Estate of GEORGE RALPH, Deceased.— Motion for leave to appeal to Court of Appeals denied. (See *Terwilliger* v. *Browning, King & Co.*, 207 N. Y. 479.)

NELLIE MCMANUS, Respondent, v. BUFFALO TAXICAB COMPANY, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars. costs.

HELEN WOOD, as Administratrix, etc., Respondent, v. NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

HANNAH C. DENNIN, Appellant, v. THOMAS W. FINUCANE and Others, Defendants, Impleaded with JOHN C. WOODBURY, Respondent.— Judgment affirmed, with costs. All concurred.

HANNAH C. DENNIN, Appellant, v. THOMAS W. FINUCANE and Others, Defendants, Impleaded with JOHN C. POWERS, Respondent.— Judgment and order affirmed, with costs. All concurred.

HANNAH C. DENNIN, Appellant, v. THOMAS W. FINUCANE and HIRAM R. WOOD and Others, as Executors, etc., Respondents.— Judgment and order affirmed, with costs. All concurred.

HANNAH C. DENNIN, Appellant, v. THOMAS W. FINUCANE and Others, Defendants, Impleaded with JAMES G. CUTLER and Others, Respondents. — Judgment affirmed, with costs. All concurred.

HANNAH C. DENNIN, Appellant, v. THOMAS W. FINUCANE and Others, Defendants, Impleaded with JAMES P. B. DUFFY and Others, Respondents.— Judgment and order affirmed, with costs. All concurred.

AMERICAN WOOLEN COMPANY OF NEW YORK, Plaintiff, v. LESSER SAMUELSOHN and Others, Defendants.— Defendants' exceptions overruled, motion for new trial denied, with costs, and judgment directed for the plaintiff upon the verdict, with costs. All concurred.